**GRUZEN MOUSSLY LLP**
Eric M. Gruzen (SBN 222448)
egruzen@gruzenmousslylaw.com
Shahla J. Moussly (SBN 327827)
smoussly@gruzenmousslylaw.com
16250 Ventura Blvd., Suite 430
Encino, CA 91436
Tel: (818) 492-7480
Fax: (818) 492-7485

Attorneys for Plaintiff
ALICIA VANESSA MARTINEZ

**SEYFARTH SHAW LLP**
Michele J. Beilke (SBN 194098)
mbeilke@seyfarth.com
Julia Y. Trankiem (SBN 228666)
jtrankiem@seyfarth.com
Wei Kit (Ricky) Tai (SBN 350655)
wktai@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendant
ABBOTT LABORATORIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALICIA VANESSA MARTINEZ,

Plaintiff,

v.

ABBOTT LABORATORIES, an Illinois Corporation; and DOES 1 through 50, inclusive,

Defendants.

Case No. 5:26-cv-05461-NC

Hon. Nathanael M. Cousins

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Date Action Filed: April 27, 2026
Trial Date: None Set

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Alicia Vanessa Martinez ("Plaintiff") and Defendant Abbott Laboratories ("Defendant") (collectively, the "Parties) hereby stipulate to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear her or its own attorney's fees and costs.

DATED: October 9, 2026

Respectfully submitted,

GRUZEN MOUSSLY LLP

By: */s/ Shahla J. Moussly*
Shahla J. Moussly
Eric M. Gruzen

Attorneys for Plaintiff
ALICIA VANESSA MARTINEZ

DATED: October 9, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Julia Y. Trankiem*
Michele J. Beilke
Julia Y. Trankiem
Wei Kit (Ricky) Tai

Attorneys for Defendant
ABBOTT LABORATORIES

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: October 9, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Julia Y. Trankiem*
Michele J. Beilke
Julia Trankiem
Wei Kit (Ricky) Tai

Attorneys for Defendant
ABBOTT LABORATORIES

**ORDER**

Based on the Parties' stipulation, IT IS HEREBY ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

**IT IS SO ORDERED.**

Dated: October 9, 2026

By: ______________________




Nathana
United S